IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL MORRIS,

             Plaintiff,

v.

TAMMY DICKMAN, GARY BOUGHTON,
DEPT. OF CORRECTIONS and
PETER OPPENEER,

             Defendants.

ORDER

18-cv-986-wmc

---

On January 8, 2019, I entered an order assessing plaintiff Michael Morris, an initial partial payment of $2.92 for this case due by January 30, 2019, which must be paid before reopening this case. Now plaintiff has submitted a motion to waive the initial partial fee, in which plaintiff states that he currently does not have funds available to submit the $2.92 initial partial payment. Dkt. 9. Under these circumstances, I will waive the $2.92 initial partial filing fee assessed in this case. However, even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the $350 filing fee for each case remains plaintiff's obligation. See 28 U.S.C. § 1915A.

As indicated in the January 8 order, because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint in each of these cases to determine whether any portion is frivolous or malicious, fails to state

a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. Plaintiff Michael Morris's motion to waive the initial partial filing fee is GRANTED and this case is reopened.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 23rd day of January, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge