IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL MORRIS,

    Plaintiff,

v.

TAMMY DICKMAN, GARY BOUGHTON,
DEPT. OF CORRECTIONS and
PETER OPPENEER,

    Defendants.

ORDER

18-cv-986-wmc

---

*Pro se* plaintiff Michael Morris filed this lawsuit against various Wisconsin Department of Corrections officials and the clerk of this court, but his complaint has not yet been screened under 28 U.S.C. § 1915A. Morris recently a motion to withdraw the complaint voluntarily, and he now requests that he be excused from paying the $350 filing fee. (Dkt. #22.) Morris's motion will be granted, since it is apparent from Morris's filings in this case that he has very limited funds and would prefer to devote his resource to his on-going appeal.

ORDER

IT IS ORDERED that plaintiff Michael Morris's motion to be excused from paying the remainder of the filing fee (dkt. #22) is GRANTED.

Entered this 22nd day of April, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge